FILED

AO 241 IN CLE ~    ~~~~~                                                    Page 2
(Rev. 01/15)

~~ ~~~ 23  ~~ 9 ~~

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court  ~~~ | District: Massachusett |
|---|---|
| Name (under which you were convicted):<br><br>Francis Lang | Docket or Case No.:<br>Not yet<br>assigned |
| Place of Confinement :<br><br>MCI Cedar Junction, Walpole, MA | Prisoner No.: |

| Petitioner (include the name under which you were convicted) | | Respondent (authorized person having custody of petitioner) |
|---|---|---|
| Francis Lang | v. | Superintendent, MCI Cedar Junction |

The Attorney General of the State of:  Massachusett

## PETITION

1.    (a) Name and location of court that entered the judgment of conviction you are challenging:

    Suffolk County Superior Court

    Boston, MA

    (b) Criminal docket or case number (if you know):    SUCR2005-10311

2.    (a) Date of the judgment of conviction (if you know):  12/12/2006

    (b) Date of sentencing:    12/12/2006

3.    Length of sentence:   life without parole

4.    In this case, were you convicted on more than one count or of more than one crime?  ☐  Yes  ☑  No

5.    Identify all crimes of which you were convicted and sentenced in this case:

    Murder in the first degree.

6.    (a) What was your plea? (Check one)

        ☑  (1)    Not guilty    ☐  (3)    Nolo contendere (no contest)

        ☐  (2)    Guilty        ☐  (4)    Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did
you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

    ☑ Jury    ❏ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ❏ Yes    ☑ No

8.    Did you appeal from the judgment of conviction?

    ☑ Yes    ❏ No

9.    If you did appeal, answer the following:

(a) Name of court:    Supreme Judicial Court

(b) Docket or case number (if you know):    SJC-10405

(c) Result:    Affirmed

(d) Date of result (if you know):    10/01/2015  (reconsideration denied
12/11/15)

(e) Citation to the case (if you know):

(f) Grounds raised:    Denial of effective assistance in failure to assert
the right to public trial and denial of the right to public trial; denial of effective assistance in failure to
investigate mental health defenses when such investigation would have produced expert opinion that the
defendant was not criminally responsible.

(g) Did you seek further review by a higher state court?    ❏ Yes    ☑ No

    If yes, answer the following:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Result:

    (4) Date of result (if you know):

AO 241
(Rev. 01/15)

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:   Suffolk County Superior Court

(2) Docket or case number (if you know):   Same

(3) Date of filing (if you know):   various

(4) Nature of the proceeding:   motion for new trial prior to direct appeal

(5) Grounds raised:   Same.

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes   ☐ No

(7) Result:   Denied. Date of result: Various, all prior to direct appeal.

(8) Date of result (if you know): _____

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes     ☐ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:     ☑ Yes     ☐ No

(2) Second petition:     ☐ Yes     ☐ No

(3) Third petition:     ☐ Yes     ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Appeal of denial of new trial was joined with direct appeal per Massachusetts statute.

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**  Denial of right to effective assistance in protecting the right to public trial, denial of the right to public trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Courtroom ws closed and identified members of the public asked to leave for at least a day and a half of jury selection. Counsel's failure to object was due to ignorance of the law.

(b) If you did not exhaust your state remedies on Ground One, explain why:     Remedies exhausted.

AO 241
(Rev. 01/15)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   Motion for new trial filed prior to direct appeal

Name and location of the court where the motion or petition was filed:

Suffolk County Superior Court

Docket or case number (if you know):   Same (all Superior Court pleadings have same docket no.)

Date of the court's decision:   01/31/2011

Result (attach a copy of the court's opinion or order, if available):   denied

_____

(3) Did you receive a hearing on your motion or petition?   ☑ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Supreme Judicial Court, joined with

direct appeal per Massachusetts statute

Docket or case number (if you know):   SJC No. 10405

Date of the court's decision:   10/01/2015   (reconsideration denied 12/11/15)

Result (attach a copy of the court's opinion or order, if available):

Conviction affirmed.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:**          Denial of effective assistance of counsel due to complete failure to investigate defendant's mental health, when such investigation showed defendant was not criminally responsible.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Defendant had a seventeen year history of treatment and medication for major mental illness in the federal prison system and was released unmedicated three weeks prior to this homicide.  Trial counsel did zero investigation regarding mental health because of his belief that mental health defenses were generally unsuccessful.  Examination of the defendant post-conviction produced an expert opinion that the defendant could not control his conduct and ws not criminally responsible.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Motion for new trial prior to direct appeal

Name and location of the court where the motion or petition was filed:     Suffolk Superior Court

Docket or case number (if you know):   Same.

Date of the court's decision:   04/20/2012

Result (attach a copy of the court's opinion or order, if available):   Relief denied.

(3) Did you receive a hearing on your motion or petition?                 ☑ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?            ☑ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   Supreme Judicial Court, joined with direct appeal.

Docket or case number (if you know):   SJC No.10405

Date of the court's decision:   10/01/2015   (reconsideration denied
12/11/15)

Result (attach a copy of the court's opinion or order, if available):   Conviction
affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

        have used to exhaust your state remedies on Ground Two :

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏  Yes     ❏  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

     ❏  Yes     ❏  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?     ❏  Yes     ❏  No

(4) Did you appeal from the denial of your motion or petition?     ❏  Yes     ❏  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ❏  Yes     ❏  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❐   Yes     ❐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐  Yes     ❐   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241
(Rev. 01/15)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?       ❏ Yes   ❏ No

(4) Did you appeal from the denial of your motion or petition?   ❏ Yes   ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❏ Yes   ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Four:

AO 241
(Rev. 01/15)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

           having jurisdiction?   ☑ Yes        ☐  No

           If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

           presenting them:

    (b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

           ground or grounds have not been presented, and state your reasons for not presenting them:

           No.

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

      that you challenge in this petition?        ☐   Yes      ☑ No

      If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

      raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

      of any court opinion or order, if available.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

      the judgment you are challenging?        ☑ Yes       ☐  No

      If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

      raised.        Motion to interview trial jurors and alternates regarding extraneous influence; same

      docket number; same trial court.

AO 241
(Rev. 01/15)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:

(b) At arraignment and plea:

(c) At trial:          Robert Sheketoff, Esq., Boston, MA

(d) At sentencing:     Same as (c) above.

(e) On appeal:         Ruth Greenberg, Esq., 450B Paradise Rd. #166, Swampscott, MA 01907

(f) In any post-conviction proceeding:     Same as (d) above.

(g) On appeal from any ruling against you in a post-conviction proceeding:     Same as (d) above.

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?           ❏ Yes      ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?                ❏ Yes      ❏ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

This petition is timely filed.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:     Order a new trial.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on   Sept 14, 16   (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.